Argued October 25, affirmed November 3, petition for rehearing
denied November 30, 1972, petition for review
denied January 23, 1973

HOLMES, *Petitioner, v.* MORGAN ET AL
(Nos. 72-AB-111 and 72-AB-270),
*Respondents.*

502 P2d 390

*Jane Edwards,* Portland, argued the cause for petitioner. With her on the brief was Keith Burns, Portland.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *Hickam v. Morgan,* 9 Or App 25, 495 P2d 1243 (1972); *Callaghan v. Morgan,* 9 Or App 116, 496 P2d 55 (1972).